E-filed on **April 25, 2011**

**Layne F. Barney,  Esq.**
Name
**#006563**
Bar Code #
3440 W. Cheyenne Avenue #500
North Las Vegas, NV 89032
Address
**(702) 256-6999**
**Fax:(702)256-8999**
Phone Number

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  **Efren D. Alba**
     **Natividad G. Alba**

Case #  **09-12757**
Chapter  **7**
Trustee  **William Leonard**

Debtor(s)

### AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )    Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

( )    Schedule B - Personal Property

( )    Schedule C - Property Claimed as Exempt

(xx )  Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (xx )    Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    ( )    Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )    Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )    Schedule H - Codebtors

( )    Schedule I - Current Income of Individual Debtor(s)

( )    Schedule J - Current Expenditures of Individual Debtor(s)

( )    Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Efren D. Alba**
**Efren D. Alba**
**Debtor's Signature**
Date:  **April 25, 2011**

**/s/ Natividad G. Alba**
**Natividad G. Alba**
**Joint Debtor's Signature**
Date:  **April 25, 2011**

(Revised 4/19/04)

B6F (Official Form 6F) (12/07)

In re  **Efren D. Alba,**            Case No.  **09-12757**
       **Natividad G. Alba**
                                    Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4120**<br><br>**Countrywide Home Loans**<br>**POB 10229**<br>**Van Nuys, CA 91410** | | C | 2004 / AUGUST<br>Foreclosure Deficiency - Deficiency Balance - MORTGAGE / 9636 JERAN MILES COURT, LAS VEGAS, NEVADA 89147 | | | | **59,200.00** |
| Account No. **alba**<br><br>**Michael Y. Chang, MD**<br>**850 South Rancho Drive - 4 #334**<br>**Las Vegas, NV 89106** | | C | 2010-2011<br>Michael Chang, MD<br>850 S Rancho Dr Ste 4 # 334<br>Las Vegas, NV89106<br>3087 E Warm Springs Rd Ste 7-400<br>Las Vegas, NV<br>Phone: (702) 386-4700<br>Fax: (702) 386-4701 | | | | **3,500.00** |
| Account No.<br><br>**Michael Y. Chang, MD**<br>**3087 East Warm Springs Road**<br>**Suite 7-400**<br>**Las Vegas, NV** | | C | Michael Chang, MD<br>850 S Rancho Dr Ste 4 # 334<br>Las Vegas, NV89106<br>3087 E Warm Springs Rd Ste 7-400<br>Las Vegas, NV<br>Phone: (702) 386-4700<br>Fax: (702) 386-4701 | | | | **Unknown** |
| Account No. **xxx xxxxx. xxxxxSTIC**<br><br>**OneWest Bank / INDYMAC FED BANK**<br>**6900 Beatrice Drive**<br>**Kalamazoo, MI 49009** | | C | 2002-2011<br>Foreclosure Deficiency - Deficiency Balance - MORTGAGE<br>3869 BOMBASTIC COURT<br>LAS VEGAS, NV | | | | **169,535.00** |

__2__  continuation sheets attached

Subtotal (Total of this page)  **232,235.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Efren D. Alba,**
       **Natividad G. Alba**
                                                                                    Case No.  **09-12757**
                                         Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxxx xxxxx xourt**<br><br>**Republic Services**<br>**POB 78040**<br>**Phoenix, AZ 85062** | | C | 7/6/2007<br>9636 Jeran Miles Court, Las Vegas, NV<br>Foreclosed in 2007 | | | | 364.00 |
| Account No. **x280-e**<br><br>**Robert C. Wesley, MD**<br>**7455 Washington Avenue #300**<br>**Las Vegas, NV 89128** | | C | 2010-2011<br>Medical Services | | | | 1,099.00 |
| Account No. **\*\*\*6954**<br><br>**Southern Hills Hospital & Med. Ctr.**<br>**POB 99400**<br>**Louisville, KY 40269** | | C | 7/5/2007<br>Medical Bill - Chester | | | | 866.00 |
| Account No. **x256-r**<br><br>**Summerlin Hospital**<br>**POB 31001-0827**<br>**Pasadena, CA 91110-0827** | | C | 2011<br>Medical Services | | | | 1,523.40 |
| Account No. **ALBA**<br><br>**Thomas Kim, MD / NV Orthopedic Center**<br>**2650 North Tenaya Way - Suite 301**<br>**Las Vegas, NV 89128** | | C | 2011<br>Address & Contact Information:<br>Nevada Orthopedic and Spine Center 2650<br>North Tenaya Way Suite 301<br>Las Vegas, NV 89128 | | | | 179.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,031.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Efren D. Alba,**
**Natividad G. Alba** ,     Case No. **09-12757**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **alba** <br><br>**Verizon Wireless 2011**<br>**P O Box 660108**<br>**Dallas, TX 75266-0108** | | C | 2002-2011<br>**Cell Phone - Wireless** | | | | 233.00 |
| Account No. **xxx xxxxgage** <br><br>**Wilshire Credit Corp. 2011**<br>**POB 941011**<br>**Simi Valley, CA 93094-1011** | | C | 2002-2011<br>**Foreclosure Deficiency - Deficiency Balance - MORTGAGE** | | | | 75,999.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **76,232.00**

Total (Report on Summary of Schedules)    **312,498.40**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Efren D. Alba**, **Natividad G. Alba**

Debtor(s)

Case No. **09-12757**

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 25, 2011**            Signature **/s/ Efren D. Alba**
                                              **Efren D. Alba**
                                              Debtor

Date **April 25, 2011**            Signature **/s/ Natividad G. Alba**
                                              **Natividad G. Alba**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re  **Efren D. Alba**
**Natividad G. Alba**

Debtor(s)

Case No. **09-12757**

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 25, 2011**            /s/ **Efren D. Alba**
                                     **Efren D. Alba**
                                     Signature of Debtor

Date:  **April 25, 2011**            /s/ **Natividad G. Alba**
                                     **Natividad G. Alba**
                                     Signature of Debtor

```
BAC Home Loans Servicing LP (payments)
Acct No 4120
P O Box 515503
Los Angeles, CA 90051-6803

BAC Home Loans Servicing LP 2011
Acct No 4120
P O Box 515504
Los Angeles, CA 90051-6804

BAC Home Loans Svc./Countrywide(1st Mtg)
Acct No 4120
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

Countrywide Home Loans
Acct No 4120
POB 10229
Van Nuys, CA 91410

Countrywide Home Loans
Acct No 4120
POB 660694
Dallas, TX 75266

Countrywide Home Loans - Escrow Analysis
Acct No 4120
Escrow Analysis Dept, SV-23
450 American Street
Simi Valley, CA 93065-6298

Countrywide Home Loans 2007
Acct No 4120
POB 650070
Dallas, TX 75265-0070

Countrywide Home Loans 2007
Acct No 4120
POB 650225
Dallas, TX 75265-0225

Countrywide Home Loans 2009
Acct No 4120
POB 10229
MSN SV-26B
Van Nuys, CA 91410

Indy Mac Bank
Acct No xxx xxxxx. xxxxxSTIC
P O Box 78826
Phoenix, AZ 85062-8826
```

```
Indy Mac Bank
Acct No xxx xxxxx. xxxxxSTIC
1 National City Parkway
Kalamazoo, MI 49009

Indy Mac Bank Home Loan Servicing
Acct No xxx xxxxx. xxxxxSTIC
6900 Beatrice Drive
Kalamazoo, MI 49009

Indy Mac Bank Mortgage Services
Acct No xxx xxxxx. xxxxxSTIC
901 East 104th Street - Suite 400B
Kansas City, MO 64131

IndyMac / One West Bank
Acct No xxx xxxxx. xxxxxSTIC
6900 Beatrice Drive
Kalamazoo, MI 49009

IndyMac / OneWest Bank Group
Acct No xxx xxxxx. xxxxxSTIC
P O Box 4045
Kalamazoo, MI 49003-4045

INDYMAC FED BANK
Acct No xxx xxxxx. xxxxxSTIC
6900 Beatrice Drive
Kalamazoo, MI 49009

IRS (CLAIM #6)
Acct No 2008
Centralized Insolvency Operations
POB 21126
Philadelphia, PA 19114

Michael Y. Chang, MD
Acct No alba
850 South Rancho Drive - 4 #334
Las Vegas, NV 89106

Michael Y. Chang, MD
3087 East Warm Springs Road
Suite 7-400
Las Vegas, NV

OneWest Bank / INDYMAC FED BANK
Acct No xxx xxxxx. xxxxxSTIC
6900 Beatrice Drive
Kalamazoo, MI 49009

OneWest Bank Group
Acct No xxx xxxxx. xxxxxSTIC
P O Box 4045
Kalamazoo, MI 49003-4045
```

```
Republic Services
Acct No xxxx xxxxx xxxxx xourt
POB 78040
Phoenix, AZ 85062

Republic Services
Acct No xxxx xxxxx xxxxx xourt
770 E. Sahara Avenue
POB 98508
Las Vegas, NV 89193

Republic Services
Acct No xxxx xxxxx xxxxx xourt
POB 98508
Las Vegas, NV 89193-8508

Republic Services
Acct No xxxx xxxxx xxxxx xourt
770 E. Sahara Avenue
POB 98508
Las Vegas, NV 89193-8508

Republic Services
Acct No xxxx xxxxx xxxxx xourt
POB 78040
Phoenix, AZ 85062-8040

Robert C. Wesley, MD
Acct No x280-e
7455 Washington Avenue #300
Las Vegas, NV 89128

Southern Hills Hospital & Med. Ctr.
Acct No ***6954
POB 99400
Louisville, KY 40269

Southern Hills Hospital & Med. Ctr. 08
Acct No ***6954
POB 538620
Atlanta, GA 30353-8620

Southern Hills Hospital & Med. Ctr. 08
Acct No ***6954
POB 40434
Atlanta, GA 30384-4034

Southern Hills Hospital & Med. Ctr. 09
Acct No ***6954
PO Box 99008
Bedford, TX 76095
```

```
Summerlin Hospital
Acct No x256-r
POB 31001-0827
Pasadena, CA 91110-0827

Summerlin Hospital 2010
Acct No x256-r
PO Box 3475
Toledo, OH 43607-0475

Summerlin Hospital 2010
Acct No x256-r
POB 31001-0827
Pasadena, CA 91110-0827

Summerlin Hospital Medical Center
Acct No x256-r
8801 W. Sahara Avenue
Las Vegas, NV 89117

Summerlin Hospital Medical Center
Acct No x256-r
8801 W. Sahara Avenue, First Floor
Las Vegas, NV 89117

Thomas Kim, MD / NV Orthopedic Center
Acct No ALBA
2650 North Tenaya Way - Suite 301
Las Vegas, NV 89128

Verizon Wireless 2011
Acct No alba
P O Box 660108
Dallas, TX 75266-0108

Verizon Wireless 2011
Acct No alba
P O Box 9622
Mission Hills, CA 91346

Wilshire Credit Corp. 2011
Acct No xxx xxxxgage
POB 941011
Simi Valley, CA 93094-1011
```